IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01100-REB-CBS

JOHN S. CHAMPMAN, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE,
BRUCE D. HANSEN,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This matter comes before the court on two motions filed by the parties and referred to this court by District Judge Blackburn in the above captioned action.

    This court recognizes that on August 16, 2005, parties filed a Stipulated Motion for Extension of Time to File Answer (*doc. no. 8*). It is also recognized that a motion to consolidate this action with related cases was filed on August 1, 2005 (*doc. no. 5*). A similar motion to consolidate has been filed in Civil Action No. 05-cv-01046-MSK-BNB and District Judge Krieger has set a November 1, 2005, hearing on pending motion. At this time it is unclear whether the motions to consolidate will be granted. Accordingly, it is hereby

    **ORDERED** that the Motion for Extension of Time to File Answer is **GRANTED** and a status conference has been set for **November 9, 2005, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is further

**ORDERED** that Defendant's obligation to answer or otherwise respond to the complaint is stayed until after the November 9, 2005, status conference. It is further

**ORDERED** that the Stipulated Motion to Vacate July 1, 2005 Order (filed August 17, 2005; *doc. no. 11*) is **GRANTED**. The scheduling conference set for September 15, 2005, and all related deadlines, are **VACATED**.

**DATED:** August 18, 2005